IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON WHEAT                                                                                           PLAINTIFF
ADC # 128995

v.                                         No. 5:09CV00067 JLH/HDY

CORRECTIONAL MEDICAL SERVICES, *et al.*                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for a Temporary Restraining Order (docket entry #21) is DENIED as moot;

2. Plaintiff's Motion for Injunctive Relief (docket entry #33) is DENIED;

3. Plaintiff's Motions for Hearings (docket entry #22 and #31) are DENIED;

4. Plaintiff's Motion to Amend (docket entry #38) is DENIED;

5. Plaintiff's Motion for the Appointment of Counsel (docket entry #36) is DENIED; and

6. Plaintiff's Motion for Amend (docket entry #34) is GRANTED and Wheat is allowed to proceed with his claim against Defendant Doctor Turner. The Clerk of the Court is directed to prepare summons for this Defendant, and the United States Marshal is directed to serve a copy of

the Complaint (docket entry #2), the Motion to Amend (docket entry #34), and summons on Defendant, without prepayment of fees and costs or security therefore.

DATED this 15th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE